IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BENJAMIN N. MOOTS,

    Plaintiff,

v.                                        CASE NO. 4:10cv98-SPM/WCS

WALTER A. MCNEIL, et al.,

    Defendant,
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 14) dated April 20, 2010. Plaintiff has filed objections (doc.17) pursuant to Title 28, United States Code, Section 636(b)(1). Having considered the report and recommendation and the objections, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 14) is ADOPTED and incorporated by reference in this order.

2.    Plaintiff's motion for a preliminary injunction and temporary

restraining order (doc. 5) is denied.

DONE AND ORDERED this 27th day of May, 2010.

*s/ Stephan P. Mickle*

Stephan P. Mickle
Chief United States District Judge